UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SARAH WATCHERS,

        Plaintiff,

    v.

PHILLIP S. BASRA dba TACO BELL #003560; RITA K. BASRA dba TACO BELL #003560; PRB MANAGEMENT LLC,

        Defendants.
                                /

NO. CIV. 2:12-472 WBS GGH

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for May 29, 2012.

I.    <u>SERVICE OF PROCESS</u>

The named defendants have been served and no further service is permitted without leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).

///

1

##     II.   JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings will be permitted except with leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

##     III.  JURISDICTION/VENUE

Jurisdiction is predicated upon federal question jurisdiction, 28 U.S.C. § 1331, because plaintiff has brought claims under the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12183.  Supplemental jurisdiction is based on 28 U.S.C. § 1367.  Venue is undisputed and is hereby found to be proper.

##     IV.   DISCOVERY

The parties shall serve the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) by no later than June 29, 2012.

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than October 31, 2012.  With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before November 30, 2012.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by January 15, 2013.  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if

necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than January 15, 2013.

### V.   MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before March 4, 2013. All motions shall be noticed for the next available hearing date. Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

### VI.   FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for May 13, 2013, at 2:00 p.m. in Courtroom No. 5. The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony. Counsel shall file separate pretrial statements, and are referred to Local Rules 281 and 282 relating to the contents of and time for filing those statements. In addition to those subjects listed in Local Rule 281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as

1 against each defendant; and (3) the estimated number of trial
2 days.
3        In providing the plain, concise statements of
4 undisputed facts and disputed factual issues contemplated by
5 Local Rule 281(b)(3)-(4), the parties shall emphasize the claims
6 that remain at issue, and any remaining affirmatively pled
7 defenses thereto.  If the case is to be tried to a jury, the
8 parties shall also prepare a succinct statement of the case,
9 which is appropriate for the court to read to the jury.
10       VII.  <u>TRIAL SETTING</u>
11       The trial is set for July 16, 2013, at 9:00 a.m.  The
12 parties estimate that a bench trial will last one to three days.
13       VIII. SETTLEMENT CONFERENCE
14       A Settlement Conference will be set at the time of the
15 Pretrial Conference.  All parties should be prepared to advise
16 the court whether they will stipulate to the trial judge acting
17 as settlement judge and waive disqualification by virtue thereof.
18       Counsel are instructed to have a principal with full
19 settlement authority present at the Settlement Conference or to
20 be fully authorized to settle the matter on any terms.  At least
21 seven calendar days before the Settlement Conference counsel for
22 each party shall submit a confidential Settlement Conference
23 Statement for review by the settlement judge.  If the settlement
24 judge is not the trial judge, the Settlement Conference
25 Statements shall not be filed and will not otherwise be disclosed
26 to the trial judge.
27       IX.   <u>MODIFICATIONS TO SCHEDULING ORDER</u>
28       Any requests to modify the dates or terms of this

4

Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge. All requests to change the trial date shall be heard and decided only by the undersigned judge.

DATED: May 24, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE