LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

JENNIFER K. ACHTERT, SBN 197263
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, CA 94111
Telephone:  (415) 490-9000
Facsimile:   (415) 490-9001

Attorneys for Defendant
PRB MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH WATCHERS,<br><br>　　Plaintiff,<br><br>v.<br><br>PHILLIP S. BASRA dba TACO BELL #003560; RITA K. BASRA dba TACO BELL #003560; PRB MANAGEMENT, LLC,<br><br>　　Defendants. | Case No. 2:12-cv-00472-WBS-GGH<br><br>STIPULATION FOR DISMISSAL and [Proposed] ORDER THEREON |

TO THE COURT AND ALL PARTIES:

Plaintiff, SARAH WATCHERS, and defendant, PRB MANAGEMENT, LLC, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to FRCP 41(a)(2).

Dated: June 26, 2012         DISABLED ADVOCACY GROUP, APLC

 */s/   Lynn Hubbard*
LYNN HUBBARD III
Attorney for Plaintiff SARAH WATCHERS

Dated: June 26, 2012         FISHER & PHILLIPS LLP

 */s/   Jennifer K. Achtert*
JENNIFER K. ACHTERT
Attorney for Defendant PRB MANAGEMENT, LLC

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:12-cv-00472-WBS-GGH, is hereby dismissed with prejudice.

Dated:   June 27, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE